JOHN H. HAYES, Appellant, v. NEW YORK EDISON COMPANY and JACOB NADLER, Defendants. KEVIE FRANKEL, Attorney, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GOLDEN WHITE LAUNDRY SERVICE, INC., Plaintiff, v. BENJAMIN SILK, Appellant. GUARDIAN CASUALTY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ISIDOR GAINSBURG, Respondent, v. BENJAMIN BACHRACK, Appellant.— Order modified by excluding provision as to bond, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ISIDOR GAINSBURG, Respondent, v. BENJAMIN BACHRACK, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ABERON BAKERY CO., INC., and Others, Respondents, v. LAZAR RAIMIST, as Treasurer of Local No. 500, Bakery and Confectionery Workers International Union of America, an Unincorporated Association Composed of More Than Seven Members, Defendant. FRANK R. CROSSWAITH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BANK OF MANHATTAN TRUST COMPANY, Successor Trustee under a Certain Trust Mortgage Made by 571 PARK AVENUE CORPORATION to AUGUSTUS B. WELLER, as Trustee, Dated April 1, 1926, Appellant, v. 571 PARK AVENUE CORPORATION and Others, Defendants. RAYMOND J. SCULLY, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BESSIE LEHMAN and Others, as Executors of the Last Will and Testament of MITCHELL LEHMAN, Deceased.— Order affirmed, with twenty dollars costs and disbursements to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LILLIE E. GRAF, Individually, and for and on Behalf of All Other Certificate Holders Similarly Situated and Participating in the Bond and Mortgage Made by the ALART BUILDING CORPORATION to the 135 BROADWAY HOLDING CORPORATION, Dated June 2d, 1924, Respondent, v. NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MORITZ WEISS, Appellant, v. MIRIAM REALTY CO., INC., and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of ROLIN PAYTON for an Order Directing the Issuance of a Citation and Judicial Settlement of the Accounts of ERROLL DUNBAR, as Committee of MARY HELENA DUNBAR, an Incompetent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.